Philip G Neri 895689C          Plaintiff
Graf P.O. Box 7450
West Trenton, NJ 08628

**RECEIVED**
DEC 08 2014
AT 8:30 _____ M
WILLIAM T. WALSH CLERK

Dear Court Clerk / Judge Kugler
Here is the Five Dollar Fee For my Writ of Habeas Corpus

While I realize most Judges laugh at Pro-Se incarcerated inmates plea For Justice and Freedom through Writs of Habeas Corpus, I hope Just once Justice, good old American Justice For all Includes me!

Please Foward this To Honorable Judge Kugler For review.

I am hoping For Immediate review and release Before I loose Everything I own again.

IF this Honorable Court grants the relief I so desperately seek, I will be able to
1) get the payments and insurance up to date on my new car
2) get all of my outstanding Bills Caught up
3) get my Job Back at Bottis
4) Find a suitable parole approved apartment with money For Security Deposit And Catch up utilities

Wishing For Immediate Justice

Phly Neri

P.S. I will also File a motion in Superior Court For Computer approval

Philip Nei
v
NJ Parole.

875629C   Writ of Habeas Corpus
          Addendum
          Immediate Release Request

Now comes the Plaintiff, with good cause and merit requesting this Honorable Judge to issue a Writ of Habeas Corpus along with monetary relief.

The Plaintiff requested $800 a week for the time he was in CRAF Because this is how much he made weekly (aprox) at Bottol's Italian Market.

Please note these Constitutionally Backed reasons.

1) State of NJ v. Michael Williams 266 N.J. Super 154, 628 A.2d 837 1993 NJ Super. Lexis 693

Please note NJ Admin Code Tit. 10A § 71-7.2
A parolee charged with a violation need not be returned to custody.

Fact, the Violations are minor in nature what are called "Technical violations" And could have been Fixed in the Parole office.
a) only because Parole knew and found out on 8/19 the Plaintiff was working on a lawsuit against Parole DID they decide to ruin the Plaintiff's life again on Non-illegal minor issues that violate NJ Admin Code tit 10A § 71-7.2

What is even more heinous is when you review NJAC 10A.71-7.9
In Fact, a parolee can be released even after probable cause has been found.

1

NJ Parole

# Writ of Habeas Corpus
## Addendum
### Immediate relief request

It should be noted that because of my civil suit (dismissed or not) NJ Parole will never ever ever reinstate me because I dared to fight their unjust 'Kangaroo' court Unconstitutional setup.

### Important issue

Had Parole hearing officer Yolanda Garcia <u>not purposely erased and hand edited</u> the 'real' transcripts from the Supt. Probable cause Debacle, there is a good chance the Plaintiff could have been released.

① The Plaintiff quoted 5th Amendment Due Process protection under the Vagueness Doctrine, with respect to the Social network violation.

② Under cross examination of the 2 Librarians proved
  Ⓐ the Plaintiff was not looking at anything obscene
  Ⓑ Broken No library policies
  Ⓒ Was using the Computer in a safe mature way
  Ⓓ had P.O. Brown admit it was unclear iff the Plaintiff using a safe computer for legal work was <u>any</u> violation in the first place.

↳ All of this was purposely erased - which is unfair and possibly illegal. ⇒

NJAC 10 A: 71-7..3 Revocation hearing
the revocation hearing shall be conducted within <u>60 Days</u> of the date the Parolee was taken into custody.

On this Due process / Speedy Trial abuse the Plaintiffs Writ of Habeas Corpus should be granted

2012 - Oct 4 2012 ——— Feb 20 2013  140 Days
2014   August 2014     Still going at least 100 days
                                    <u>And counting</u>

/2

F. Neri
v
NJ Parole

Issue: Writ of Habeas Corpus (one place)
Addendum
Immediate relief request

Please also Note,
Parole has No respect for the rights of the Parolee nor the rules of the state.
More reason to release the Plaintiff ASAP, with the relief he requests.

<u>Robert Friedland v William Fauver et al</u>
6 F. Supp 272 2nd 1998 U.S. Dist. Lexis 4805
United States District Court For District of N.J.

This Plaintiff, unlike the writer of this motion, Had his complaint Filed.

One issue in his case was highlighted when Friedland challenged Like the Plaintiff

the legality of a Parole "warrantless search without <u>probable cause</u>"
As this court knows, the 4th Amendment prohibits a governmental officer from arresting a citizen except upon probable cause.
Probable cause requires more than mere suspicion.

In the Search of the Plaintiff's Apt on Aug. 21 2014, Sgt Tom Hubbard conducted "an illegal <u>warrantless</u> search of the Plaintiff's Apartment Based on what he called an Anonymous Tip (this is not probable cause) that the Plaintiff had a computer or electronic device.

<u>Proof</u> of the illegal search, NJ Parole Found <u>Nothing</u> Nothing to constitute any sort of Parole <u>Violation</u>

Another reason for a Writ of Habeas Corpus !!   B

Dear Judge Kugler

Please note on Page 13 Judge Decision of Honorable Mary L Cooper

She even agrees and Notes #2 ~~Also~~ NJAC 10A 71-1.2 (a)(1)

The regulation Require a Final parole revocation hearing to be conducted within 60 Days of arrest...

P/L arrest
August 21    Sept 21    (Oct 21)    Nov 21 .... still nothing
              30         60 Days     90

It is For these Constitutionally Backed P violation By NJ Parole which have cost the Plaintiff

loss of Liberty Freedom and property without any regard to Due Process, or any other Constitutional rights of the Plaintiff

The Plaintiff again respectfully requests
① Immediate release
③ Sum of 800 per week of confinement - to offset the Unconstitutional loss of property, Job and Freedom

Since the $5.00 Fee is Paid the Plaintiff Begs For mercy From this Court

Respectfully Submitted

P/// Ya-R

as soon as possible

please